

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: GARY FELSHER, FGH REALTY PARTNERS, TVO INDIAN TRAIL PARTNERS, LP, AND AT WILLOWPOINTE PARTNERS, LP, | § | No. 08-17-00111-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

# **O R D E R**

The Court has received and filed the Relators' motion to dismiss. The appeal is therefore reinstated. The motion is set for submission on August 9, 2017.

IT IS SO ORDERED this 2nd day of August, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.